No. 58. VIA *v.* STATE COMMISSION ON CONSERVATION & DEVELOPMENT. Argued November 19, 1935. Decided November 25, 1935.

*Per Curiam:* The decree is affirmed on the ground that appellant has an adequate remedy at law. *Insurance Co.* v. *Bailey,* 13 Wall. 616, 623; *Grand Chute* v. *Winegar,* 15 Wall. 373, 375, 376; *Gaines* v. *Nicholson,* 9 How. 356, 364–365; *Wehrman* v. *Conkling,* 155 U. S. 314, 326. *Mr. William J. Hughes, Jr.,* with whom *Mr. William E. Leahy* was on the brief, for appellant. *Mr. Abram P. Staples,* Attorney General of Virginia, was on the brief for appellee.

No. —, original. Ex parte Scalese. November 25, 1935. The motion for leave to file petition for writ of mandamus is denied. *Mr. Francis Scalese, pro se.*